Mark R. Thierman (NV#8285, CAL#72913)
Jason J. Kuller (NV#12244, CA#228157)
Joshua D. Buck (NV#12187, CA#258325)
**THIERMAN LAW FIRM, P.C.**
7287 Lakeside Drive
Reno, Nevada  89511
Tel: (775) 284-1500
Fax: (775) 703-5027

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY LUCAS, GREGORY H. CASTELLO, LILLIAN MELTON, LEAVON R. SMITH, ROBERT A. GREENE, JAMES A. BIGGS, LARRY DUTCHER, WILLIAM C. SACK, DONALD A SPEARCE, MERRILL L. CLAIR, BRADLEY J. EDWARDS, and LISA MEDFORD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BELL TRANS, a Nevada Corporation, BELL LIMO, a Nevada Corporation; WHITTLESEA-BELL CORPORATION; and Does 1-50, Inclusive,<br><br>Defendants. | CASE NO. 2:08-CV-01792-GMN-RJJ<br><br>**MOTION TO FILE SPECIFIED EXHIBITS UNDER SEAL** |

1

MOTION TO FILE SPECIFIED EXHIBITS UNDER SEAL

NOTICE IS HEREBY GIVEN Plaintiffs will move the court for an order allowing the filing of documents under seal as follows:

1. For a Motion to File Exhibits G through M attached to the Declaration of Jason J. Kuller in Opposition to Defendant's Motion for Approval of Form of FLSA Collective Action Notice.

This motion is based on the parties' agreement to preserve the confidentiality of contact information of potential opt-in plaintiffs.

Dated this 14th day of March, 2012

/s/ Jason J. Kuller
JASON J. KULLER

MOTION TO FILE SPECIFIED EXHIBITS UNDER SEAL

**THIERMAN LAW FIRM, PC**
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email laborlawyer@pacbell.net www.laborlawyer.net

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Nevada Rules of Court 16.1-4 and 9018, Plaintiffs respectfully request that Exhibits G through M (i.e., Exhibits G, H, I, J, K, L, and M) attached to the Declaration of Jason J. Kuller in Opposition to Defendant's Motion for Approval of Form of FLSA Collective Action Notice, previously filed with the Court on March 13, 2012, be filed under seal. A redacted version of Mr. Kuller's declaration has been re-filed electronically with the Court on March 14, 2012. This request is based the parties' agreement to preserve the confidentiality of, and to protect from public disclosure, certain contact information of potential opt-in plaintiffs.

Dated this 14th day of March, 2012

/s/ Jason J. Kuller
JASON J. KULLER

IT IS SO ORDERED.
.
.
.

_Robert J. Johnston_
UNITED STATES MAGISTRATE JUDGE
DATE: MARCH 20, 2012